Sam Kruter, Respondent, v. Sunnydale Farms, Inc., Appellant.

Argued January 3, 1949; decided January 13, 1949.

*William L. Shumate* for appellant.

*Bernard I. Scherer, Jacob D. Fuchsberg* and *Arthur S. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.